## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HUGE,** | : | **Civil No. 3:16-CV-641** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **CAROLYN W. COLVIN** | : | |
| **Acting Commissioner of Social** | : | |
| **Security,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the decision of the Commissioner is AFFIRMED, that judgment is entered in favor of the defendant, and the clerk is instructed to close this case.

So ordered this 22d day of September 2017.


 *s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge